# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NORMA E. MOODY,
        Plaintiff,

v.                                Case No:  6:14-cv-1472-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Norma E. Moody's complaint brought pursuant to the Social Security Act, as amended 42 U.S.C. §§ 405(g) and 1383(c)(3) to obtain judicial review of a final decision of the Commissioner of the Social Security Administration (the "Commissioner"). (Doc. 1.) Moody and the Commissioner filed a joint memorandum (Doc. 19), which the Court referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation. On December 18, 2015, Judge Smith entered his Report and Recommendation (Doc. 20). Neither party filed an objection to the Report and Recommendation. Having reviewed the Report and Recommendation, the Court agrees that the case is due to be remanded to the Commissioner for reconsideration. However, on remand, the Commissioner's review shall be limited to issues pertaining to the length of time Moody suffered from headaches and Moody's reasons for declining to pursue her doctor's recommended course of treatment.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**, to the extent of its discussion of the temporal issues surrounding Plaintiff Norma E. Moody's headaches and its discussion of Moody's reasons for declining to pursue the recommended course of treatment.

2. The Commissioner's final decision in this case is **REVERSED** and the case is

**REMANDED** to the Social Security Administration for further proceedings consistent with the findings of this Order.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be **thirty (30) days** after Plaintiff receives notice from the Commissioner of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, she shall promptly e-mail Attorney Rudy and the Commissioner's attorney who prepared the Commissioner's brief to advise that said notice has been received.

**DONE AND ORDERED** in Orlando, Florida on this ___11___ day of January, 2016

                                                **G. KENDALL SHARP**
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record