UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORMA E. MOODY,

    Plaintiff,

v.                              Case No: 6:14-cv-1472-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on the Uncontested Motion for Attorney Fees (Doc. 25) filed on August 29, 2017. The Court having reviewed the Report and Recommendation (Doc. 26), and there being no objections filed, hereby

**ORDERS** and **ADJUDGES** that the Report and Recommendation (Doc. 26) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. The Uncontested Motion for Attorney Fees (Doc. 25) is **GRANTED**. Counsel for Plaintiff Norma E. Moody is awarded § 406(b) fees **in the amount of $11,965.25** to be paid out of Plaintiff Norma E. Moody's past due benefits currently being withheld by the Commissioner. Upon receipt of these funds, Counsel shall promptly **REFUND** to Plaintiff Norma E. Moody the EAJA fee of $6,138.00 previously awarded. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly.

**DONE and ORDERED** in Orlando, Florida, this \_\_6\_\_ day of October, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record